```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/22/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFTHYMIA KOUTALI,

                Plaintiff,

-against-

LA DELICE PASTRY SHOP, INC.
and GEORGIOS ANASTASIS, Individually,

                Defendants.

24 Civ. 1041 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On August 8, 2024, Defendants requested that the Court extend the deadline to file the parties' settlement agreement to August 16, 2024.  ECF No. 19.  The Court granted the request.  ECF No. 19.  That submission, however, is now overdue.

      Accordingly, by **September 5, 2024**, the parties shall submit the requisite documents for *Cheeks* review in accordance with the Court's July 8, 2024 order.  *See* ECF No. 17.

      SO ORDERED.

Dated: August 22, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge